UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Umi Judith Bey, Sui Juris
(EX. REL JUDI VENTRESS PINKNEY)

Write appellation of each plaintiff

18 CV 10053

(Include case number if one has been assigned)

-against-

Dastur #553
Blake #26469      NYPD Officers
Sanches #6382    10th Precinct
Keenan #16665

Write the full name of each defendant. If you need more space, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed above must be identical to those contained in Section II.

COMPLAINT

Do you want a jury trial?
☑ Yes  ☐ No   with a jury of my peers who are also Moorish Americans

## NOTICE

The public can access electronic court files. For privacy and security reasons, papers filed with the court should therefore *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number. See Federal Rule of Civil Procedure 5.2.

Rev. 1/9/17

I. BASIS FOR JURISDICTION

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation, and the amount in controversy is more than $75,000, is a diversity case. In a diversity case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal-court jurisdiction in your case?

☑ Federal Question

☑ Diversity of Citizenship

A. If you checked Federal Question

Which of your federal constitutional or federal statutory rights have been violated?

_4th Amendment of the United States Constitution_
_U.S.C. Title 18 - Sections 241 and 242_

B. If you checked Diversity of Citizenship

1. Citizenship of the parties

Of what ~~State~~ Nation is each party a citizen?

The plaintiff, _Umi Judith Bey, Sui Juris_, is a citizen of
(Plaintiff's Appellation)

_Northwest Amexem / Morocco_

or, if not lawfully admitted for permanent residence in the United States, a citizen or subject of the foreign state of

_____.

If more than one plaintiff is named in the complaint, attach additional pages providing information for each additional plaintiff.

Page 2

If the defendant is an individual:

The defendant, Dastur, Blake, Sanches, Keenan *are* ~~is a~~ citizens of the State of (I am unaware)
(Defendant's

~~or, if not lawfully admitted for permanent residence in the United States, a citizen or~~ subject of the foreign state of

_____.

If the defendant is a corporation:

The defendant, _____, is incorporated under the laws of the State of _____

and has its principal place of business in the State of _____

or is incorporated under the laws of (foreign state) _____

and has its principal place of business in _____.

If more than one defendant is named in the complaint, attach additional pages providing information for each additional defendant.

## II. PARTIES

### A. Plaintiff Information

Provide the following information for each plaintiff named in the complaint. Attach additional pages if needed.

Umi           Judith           Bey
My Appellation and Title

c/o 341 W. 24th Street Apt. 2F
Street Address

[New York, NY 10011] Northwest Amexem

347 520 4236                    judi461@gmail.com
Telephone Number                Email Address (if available)

Page 3

## B. Defendant Information

To the best of your ability, provide addresses where each defendant may be served. If the correct information is not provided, it could delay or prevent service of the complaint on the defendant. Make sure that the defendants listed below are the same as those listed in the caption. Attach additional pages if needed.

Defendant 1: __Dastur__
First Name        Last Name

__NYPD Officer; Badge #553__
Current Job Title (or other identifying information)

__230 W. 20th Street__
Current Work Address (or other address where defendant may be served)

__New York__        __NY__        __10011__
County, City        State        Zip Code

Defendant 2: __Blake__
First Name        Last Name

__NYPD Officer; Badge #26469__
Current Job Title (or other identifying information)

__230 W. 20th Street__
Current Work Address (or other address where defendant may be served)

__New York__        __NY__        __10011__
County, City        State        Zip Code

Defendant 3: __Sanches__
First Name        Last Name

__NYPD Officer; Badge #6382__
Current Job Title (or other identifying information)

__230 W. 20th Street__
Current Work Address (or other address where defendant may be served)

__New York__        __NY__        __10011__
County, City        State        Zip Code

Page 4

Defendant 4: **Keenan**
First Name / Last Name

**NYPD Officer; Badge #16665**
Current Job Title (or other identifying information)

**230 W. 20th Street**
Current Work Address (or other address where defendant may be served)

**New York** / **NY** / **10011**
County, City / State / Zip Code

## III. STATEMENT OF CLAIM

Place(s) of occurrence: **341 West 24th St. Unit #2F, New York, New York**

Date(s) of occurrence: **June 10, 2018**

**FACTS:**

State here briefly the FACTS that support your case. Describe what happened, how you were harmed, and what each defendant personally did or failed to do that harmed you. Attach additional pages if needed.

The four named NYPD officers came to my domicile to search for my progeny, Josephine El Bey (EX REL JOSEPHINE VENTRESS). I had posted a Judicial Notice and Proclamation of my status as a Private, Aboriginal, Proper Person and that I was not/am not subject to Color of Law, Colorable officers, nor colorable authority. They read it and ignored it; demanded to enter. I asked for a search warrant. They cited the de facto Order of Protection as New York State law gave them authority to enter without a lawful search warrant. However, they were not witnesses to any crime committed in my domicile nor by Josephine. There was never a Corpus Delecti. So, I did not give my consent. They got Melissa McIntosh, my oldest daughter, who obtained the Order of Protection* against her sister (for an argument they had), to let them in my domicile. I protested as they entered and cited they were violating USC Title 18 sect. 241 & 242. In regards to the Judicial Notice posted on my front door, Dastur

said, "This is garbage. This is not law." They proceeded to search my domicile without my consent. I continued to speak to the officers about their violations, but they disregarded and disrespected me and my liberties in my domicile. My son's bedroom door was locked. I did not have the key with me. They ordered a SWAT team to come in and break the door to search the room. Those unnamed officers of the SWAT Team - the et al. - are to be added to this case. (They continued to unlawfully seize Josephine despite the fact that she had not committed an actual crime.)

* The Order of Protection was issued by a judge without obtaining any evidence, proof of injury or harm nor corpus delecti.

**INJURIES:**

If you were injured as a result of these actions, describe your injuries and what medical treatment, if any, you required and received.

## IV. RELIEF

State briefly what money damages or other relief you want the court to order.

$15,000 equivalent in gold or silver or 15,000 Federal Reserve Notes from each officer named herein. $25,000 as stipulated above from the attending sergeant or Lieutenant witnessing/cosigning the violations and $10,000 as stipulated above for entering my domicile and damaging my property; and for the terror they caused with excessive force.

## V. PLAINTIFF'S CERTIFICATION AND WARNINGS

By signing below, I certify to the best of my knowledge, information, and belief that: (1) the complaint is not being presented for an improper purpose (such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation); (2) the claims are supported by existing law or by a nonfrivolous argument to change existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Federal Rule of Civil Procedure 11.

I agree to notify the Clerk's Office in writing of any changes to my mailing address. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Each Plaintiff must sign and date the complaint. Attach additional pages if necessary. If seeking to proceed without prepayment of fees, each plaintiff must also submit an IFP application.

Dated: October 27, 2018

Plaintiff's Signature: ucc1-308 Umi Judith Bey All rights reserved and all liberties reserved

First (Full Appellation): Umi   Middle: Judith   Last (Appellation): Bey

Street Address: ℅ 341 West 24th Street, Apt. 2F

[New York, NY 10011] Northwest Amexem

Telephone Number: 347 520 4236

Email Address: judi461@gmail.com

I have read the Pro Se (Nonprisoner) Consent to Receive Documents Electronically:
☑ Yes  ☐ No

If you do consent to receive documents electronically, submit the completed form with your complaint. If you do not consent, please do not attach the form.

Page 7